ANGEL NAVARRO (State Bar No. 155702)
E-mail: angel_navarro@me.com
Attorney at Law
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, California  90015
Telephone (213) 744-0216
Facsimile (213) 746-4435

Attorneys for Defendant
MARICELA LONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 13-00819-PA-7 |
| ) | |
| Plaintiff, ) | DEFENDANT MARICELA LONG'S |
| ) | NOTICE OF PUBLIC AUTHORITY |
| v. ) | DEFENSE |
| ) | |
| THOMPSON, et. al., ) | Hearing Date: April 14, 2014 |
| ) | |
| Defendant. ) | Hearing Time: 3:00 p.m. |
| ) | |

Defendant, Maricela Long, by and through her counsel of record, Angel Navarro, Attorney at Law, pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that defendant intends to assert the defenses of actual or believed exercise of public authority on behalf of a law enforcement agency and/or of entrapment by estoppel, and/or reasonable reliance of authority at the time of the alleged offenses.

/

/

/

The agency that ordered, directed, supervised, authorized and benefitted from defendant's acts referred to in the Indictment is the Los Angeles County Sheriff's Department (LASD). The members of the LASD on whose behalf the defendant claims to have acted are:

1. Sheriff Leroy D. ("Lee") Baca;
2. Undersheriff Paul K. Tanaka;
3. Captain William D. ("Tom") Carey;
4. Lieutenant Stephen Leavins; and
5. Other members of the LASD presently not identified.

The period of time during which defendant Maricela Long claims to have so acted extends from August 2011 through October 2011, insofar as presently known.

Respectfully submitted,

DATED: March 16, 2014         By         /s/
                                  ANGEL NAVARRO
                                  Attorney at Law