# LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT
JUL - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Case Number | CR 13-819 PA | Title | USA v. THOMPSON, ET AL. |
|---|---|---|---|

| Judge | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Dates of Trial or Hearing | 5/21/14, 5/22/14, 5/27/14, 5/28/14, 5/29/14, 5/30/14, 6/3/14, 6/4/14, 6/5/14, 6/6/14, 6/10/14, 6/11/14, 6/12/14, 6/13/14, 6/17/14, 6/18/14, 6/19/14, 6/20/14, 6/23/14, 6/24/14, 6/25/14, 6/26/14/6/27/14  6/30/14  7/01/14 |
|---|---|
| Court Reporters or Tape No. | LEANDRA AMBER, ROSALYN ADAMS, DEBBIE HINO-SPAAN |
| Deputy Clerks | PAUL SONGCO, ISABEL MARTINEZ , KAMILLA SALI-SULEYMAN |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| BRANDON FOX AUSA | DAVID STOTHERS. KEVIN MCDERMOTT |
| LIZ RHODES, AUSA | PETER JOHNSON, WILLIAM GENEGO |
| MAGGIE CARTER, AUSA | MATTHEW LOMBARD, MICHAEL STONE |
|  | MUNA BUSAILAH, ANGEL NAVARRO |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Stephen Leavins (Testified: 6/12/14, 6/13/14, 6/17/14) | |
| | | | | | | Scott Craig (Testified: 6/18/14, 6/19/14) | |
| | | | | | | Michael Gennaco (Testified: 6/19/14) | |
| | | | | | | Linda Lapham (Testified: 6/19/14) | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**United States v. Gregory Thompson, et al.**
**Exhibit List**

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 1 | Email dated 08/18/11, 10:12 AM, from Gregory L. Thompson to Chris J. Reddington, Roberto E. Bayes, Gerard R. Smith, Jason E. Colon re: Briefing on Brown case | LASD_080359.096 | 5/27/14 | 5/27/14 |
| 2 | Email dated 08/18/11, 1:31 PM, from Gregory L. Thompson to Roberto E. Bayes | A18376 | 5/27/14 | 5/27/14 |
| 3 | Email dated 08/18/11, 5:06 PM, from Steven M. Martinez to Leroy D. Baca, re: Please call | LASD_230199, A83309 | 5/27/14 | 5/27/14 |
| 4 | Email chain ending 08/19/11, 12:05 PM, with email from Gerard R. Smith to Mickey S. Manzo | LASD_104557 | 5/27/14 | 5/27/14 |
| 5 | Recording of Anthony Brown Interview 08/19/11 | | 5/28/14 | |
| 6 | Recording of Anthony Brown Interview 08/19/11 Excerpts | | 5/28/14 | 5/28/14 |
| 7 | Transcript of Anthony Brown Interview 08/19/11 Excerpts | | 5/28/14 | |
| 8 | Recording of Anthony Brown Interview 08/21/11 a.m. | | 5/28/14 | |
| 9 | Recording of Anthony Brown Interview 08/21/11 a.m.   Excerpts | | 5/28/14 | 5/28/14 |

1

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 10 | Transcript of Anthony Brown Interview 08/21/11 a.m. Excerpts | . | 5/28/14 | |
| 11 | Recording of Anthony Brown Interview 08/21/11 p.m. Part 1 | | 5/28/14 | |
| 12 | Recording of Anthony Brown Interview 08/21/11 p.m. Part 2 | | 5/28/14 | |
| 13 | Recording of Anthony Brown Interview 08/21/11 p.m. Excerpts | | 5/28/14 | |
| 14 | Transcript of Anthony Brown Interview 08/21/11 p.m. Excerpts | | 5/28/14 | |
| 15 | Recording of Anthony Brown Interview 08/23/11 | | 5/28/14 | |
| 16 | Recording of Anthony Brown Interview 08/23/11 Excerpts | | 5/28/14 | 5/28/14 |
| 17 | Transcript of Anthony Brown Interview 08/23/11 Excerpts | | 5/28/14 | |
| 18 | Recording of Anthony Brown Interview 08/24/11, Part 1 | | 5/28/14 | |
| 19 | Recording of Anthony Brown Interview 08/24/11, Part 2 | | 5/28/14 | |
| 20 | Recording of Anthony Brown Interview 08/24/11 Excerpts | | 5/28/14 | 5/28/14 |
| 21 | Transcript of Anthony Brown Interview 08/24/11 Excerpts | | 5/28/14 | |

2

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 22 | Recording of Anthony Brown Interview 08/26/11 | | 5/28/14 | |
| 23 | Recording of Anthony Brown Interview 08/26/11 Excerpts | | 5/28/14 | 5/28/14 |
| 24 | Transcript of Anthony Brown Interview 08/26/11 Excerpts | | 5/28/14 | |
| 25 | Recording of Anthony Brown Interview 09/2/11 | | 5/28/14 | 5/28/14 |
| 26 | Transcript of Anthony Brown Interview 09/2/11 | | 5/28/14 | |
| 27 | Email chain ending 08/15/11, 11:01:01 AM, with email from Judy A. Gerhardt to Stephen E. Leavins re: FW: Discovery Xerox | LASD_329154 to LASD_329164 | 5/27/14 | 5/27/14 |
| 28 | Email dated 08/30/11, 5:15 PM, from Judy A. Gerhardt to Christopher P. Nee re: FW: FBI Subpoenas | LASD_257190 to LASD_257214 | 5/27/14 | 5/27/14 |
| 29 | ICIB Task Force Roster 09/20/11 | LASD_268248 | 5/29/14 | 5/29/14 |
| 30 | Grand jury subpoenas LASD received from June to October 2011 | | 5/30/14 | 5/30/14 |
| 31 | Email chain ending 08/24/11, 9:30 AM, with email from Cecil W. Rhambo to Gregory L. Thompson, Re: OSJ WEEKLY INTEL. | LASD_238298.0153 to LASD_238298.0154 | 5/27/14 | 5/27/14 |
| 32 | Email chain ending 08/24/11, 10:06:55 AM, with email from Steven G. Spackman to William T. Carey, Re: Re | LASD_335816 | 5/27/14 | 5/27/14 |

3

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 33 | Email chain ending 08/26/11, 9:39 AM, with email from Stephen E. Leavins to Gregory L. Thompson re: Documents for Grand Jury Subpoena | LASD_324014 | 5/27/14 | 5/27/14 |
| 34 | Email chain ending 8/24/11, 11:46 AM, with email from Gregory L. Thompson to Mickey S. Manzo and Stephen E. Leavins | LASD_080359.035 | 5/27/14 | 5/27/14 |
| 35 | Email chain ending 08/24/11, 9:39 PM, with email from Gregory L. Thompson to Christopher P. Nee | LASD_257119 to LASD_257120 | 5/27/14 | 5/27/14 |
| 36 | Email dated 08/25/11, 12:45 PM, from Gregory L. Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews | LASD_257127 | 5/27/14 | 5/27/14 |
| 37 | Email dated 08/24/11, 11:17 PM, from Gerard R. Smith to Carlos Castillo; Noah J. Kirk; Sterling G. Haley; Joseph T. Elland; Calvin E. Lane Jr.; Justin J. Crumlish; Jason E. Colon; Matthew G. Thompson; James M. Sexton; Michael C. Rathbun; John J. Bonner; Robert W. Staggs, CC: to Mickey S. Manzo; Gregory L. Thompson; David J. Gutierrez, re: Confidential | LASD_080359.007 to LASD_080359.008 | 5/27/14 | 5/27/14 |
| 38 | Email dated 08/24/11, 9:31 PM, from Mickey S. Manzo to Stephen E. Leavins, Scott A. Craig, Maricela Long; Gerard R. Smith; and Gregory L. Thompson, re: ITMS Info | LASD_245415 | 5/27/14 | 5/27/14 |

| No. | Description | Bates Nos. | Identified | Admitted |
|-----|-------------|------------|------------|----------|
| 39 | Email chain ending 08/25/11, 9:37 AM, with email from Noah J. Kirk to Gerard R. Smith; Sterling G. Haley; Justin J. Crumlish; Calvin E. Lane Jr.; Joseph T. Eiland; Carlos Castillo; Matthew G. Thompson; Ryan G. Ortiz; Jason W. Pearson; James M. Sexton; Michael C. Rathbun; Robert W. Staggs; John J. Bonner, CC: to Mickey Manzo, re: RE: schedule | LASD_080359.034 | 5/27/14 | 5/27/14 |
| 40 | Federal Court Writ for the Grand Jury Testimony of Anthony Brown, dated 08/25/11 | | 5/29/14 | 5/29/14 (provisionally) |
| 41 | Phone records for US Marshal Service fax machines | | 5/29/14 | 5/29/14 (provisionally) |
| 42 | Phone record for LASD Inmate Reception Center fax machine | | 5/29/14 | 5/29/14 (provisionally) |
| 43 | Inmate Release Processing Record for Inmate Anthony Brown, Booking Number 2009547 | LASD_080458 | 5/29/14 | 5/29/14 |
| 44 | Inmate Case Summary Information Record for Inmate Anthony Brown, Booking Number 2009547 | LASD_201259 | 5/29/14 | 5/29/14 |
| 45 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2009547 | LASD_080362 to LASD_080493 | 5/30/14 | 5/30/14 |
| 46 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2874104 | A43071 to A43074; LASD_275746 to LASD_275762 | 5/30/14 | 5/30/14 |
| 47 | Inmate Total Movement History Record for Inmate Anthony Brown, Booking Number 2009547, printed on 01/19/12 | LASD_080516 | 5/29/14 | 5/29/14 |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 48 | Original Calendar Book for 2011, including for 08/22/11 to 08/31/11 | LASD_245353 to LASD_245357 | 5/29/14 | 5/29/14 |
| 49 | "Smith, G 431549" Notebook | | | |
| 50 | "Daily Activities" Notebook | | | 5/29/14 (Provisionally) |
| 51 | "G" Notebook | | 5/29/14 | 5/29/14 (Provisionally) |
| 52 | "DONE 11-1-11" Notebook | | | 5/29/14 (Provisionally) |
| 53 | Booking record for "John Rodriguez," Booking Number 2855633 | A45203 to A45216 (produced by LASD at LASD_208271 to LASD_208284) | 5/29/14 | 5/29/14 |
| 54 | Inmate Information Center Record for "John Rodriguez," Booking Number 2855633 | LASD_080602 to LASD_080603 | 5/29/14 | 5/29/14 |
| 55 | Booking record for "Kevin King," Booking Number 2856795 | LASD_245355 LASD 192751 to 192770 | 5/29/14 | 5/29/14 |
| 56 | Inmate Information Center Records for "Chris Johnson," Booking Number 2863148 | LASD_080604 to LASD_080605 | 5/29/14 | 5/29/14 |
| 57 | Inmate Total Movement History Record for "Chris Johnson," Booking Number 2863148 | LASD_080511 to LASD_080513 | 5/29/14 | 5/29/14 |
| 58 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2874104, printed on 09/12/11 | LASD_080600 to LASD_080601 | 5/29/14 | 5/29/14 |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 59 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2009547, printed 08/26/11 | A112243 | 6/4/14 | 6/4/14 |
| 60 | Email chain ending 08/26/11, 10:50 AM, with email from Gregory L. Thompson to Ralph G. Ornelas and William T. Carey | LASD_258054 to LASD_258055 | 5/27/14 | 5/27/14 |
| 61 | Email chain ending 08/26/11, 10:47-41 AM, with email from Gregory L. Thompson to William T. Carey | LASD_327645 | 5/27/14 | 5/27/14 |
| 62 | Email chain ending 08/26/11, 10:56 AM, with email from Gregory L. Thompson to William T. Carey, re: FW: Court Order presented by Federal Officers | LASD_258057 | 5/27/14 | 5/27/14 |
| 63 | Email chain ending 08/29/11, at 12:01 PM, with email from Mickey S. Manzo to Gregory L. Thompson p.m., RE: Cell-Phone Inv. | LASD_080359,080 | 5/27/14 | 5/27/14 |
| 64 | Handwritten Letter from Inmate Anthony Brown, to Lt. Steve & Capt. Tom, Sgt. Long, Sgt. Grey, dated 09/03/11 | LASD_234141 to LASD_234165 | 5/29/14 | 6/6/14 |
| 65 | Handwritten Declaration of Inmate Anthony Brown, AB Declaration re not cooperating with FBI | LASD_234166 to LASD_234170 | 5/29/14 | |
| 66 | LASD Time Cards for IRC Employees for 08/22/11 to 08/31/11 | LASD_209714 to LASD_209874 | | |
| 67 | Phone summary chart 08/18/11 to 08/30/11 | | 6/5/14 | 6/5/14 |
| 68 | Phone summary chart 09/08/11 to 10/03/11 | | 6/5/14 | 6/5/14 |

7

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 69 | Summary Chart with Phone Numbers Associated with LASD | | 6/5/14 | 6/5/14 |
| 70 | Email dated 09/08/11, at 3:03 PM, from Gregory L. Thompson to Custody Captains, Custody Commander, CC: to Cecil W. Rhambo, Dennis H. Burns, Alexander R. Yim, and Richard J. Barrantes, Subject: FBI requests for inmate interviews | LASD_258068 | 5/27/14 | 5/27/14 |
| 71 | Email dated 09/09/11, 4:41:27 PM from William T. Carey to Stephen E. Leavins | LASD_CR-13-819-PA_00052 1 | 5/27/14 | 5/27/14 |
| 72 | Email chain ending 09/09/11, 1:51 PM, with email from Sterling G. Haley to Gerard R. Smith | LASD_080359.141 to LASD_080359.142 | 5/27/14 | 5/27/14 |
| 73 | Email chain ending 09/12/11, 6:28 PM, with email from James M. Sexton to Raymond R. Cardenas, CC: to Gregory L. Thompson, David J. Gutierrez, William G. Gilbert; Eliel K. Teixeira; Giovanni A. Paterno; Jason W. Pearson; Mickey S. Manzo; Gerard R. Smith, re: Brown, Anthony #2874104 | LADS_080359.001 | 5/27/14 | 5/27/14 |
| 74 | Email dated 09/13/11, 12:43 PM, from Gerard R. Smith to Carlos Castillo; Jason E. Colon; Justin J. Crumlish; Joseph T. Eiland; Sterling G. Haley; Noah J. Kirk; Calvin E. Lane Jr.; Ryan G. Ortiz; Jason W. Pearson; Michael C. Rathbun; James M. Sexton; Matthew G. Thompson, CC: to Mickey S. Manzo, re: SECURITY DETAIL | LASD_080359.036 | 5/27/14 | 5/27/14 |
| 75 | Grand Jury Testimony of Stephen Leavins | | 6/4/14 | |

8

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 76 | Recording of William Courson Interview 08/30/11 | LASD_105344 | 5/28/14 | 5/28/14 |
| 77 | Transcript of William Courson Interview 08/30/11 | | 5/28/14 | |
| 78 | Recording of Gilbert Michel Interview 08/30/11, part 1 | LASD_105344 | 5/28/14 | |
| 79 | Recording of Gilbert Michel Interview 08/30/11, part 2 | | 5/28/14 | |
| 80 | Recording of Gilbert Michel Interview 08/30/11 Excerpts | | 5/28/14 | 5/28/14 |
| 81 | Transcript of Gilbert Michel Interview 8/30/11 Excerpts | | 5/28/14 | |
| 82 | Grand Jury Testimony of Jason Pearson | | 5/30/14 | |
| 83 | Email dated 09/08/11, at 2:33:19 PM, from William A. Cassidy, to Stephen E. Leavins, Subject sup rpt – dep Caruso | LASD_CR_13-819-PA_0011 18 to LASD_CR_13-819-PA_0011 25 | 5/27/14 | 5/27/14 |
| 84 | Statement of Probable Cause of Affiant Sergeant Scott A. Craig | LASD_234185 to LASD_234188 | 5/29/14 | 5/29/14 |
| 85 | Proposed Order for Investigative Records, dated 09/07/11, denied "Court has no jurisdiction over any federal agency," 09/08/11 | LASD_234183 to LASD_234184 | 5/29/14 | 5/29/14 |
| 86 | Email chain ending 09/07/11, at 5:30:09 PM with email from Christopher P. Nee to Stephen E. Leavins | LASD_CR-13-819-PA_00113 7 | 5/27/14 | 5/27/14 |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 87 | Recording of Phone Message from Scott Craig to Leah Marx, 09/09/11 | LASD_105346 | 5/28/14 | 6/4/14 |
| 88 | Transcript of Phone Message from Scott Craig to Leah Marx, 09/09/11 | | 5/28/14 | |
| 89 | Email chain ending 09/12/11, at 9:43:34 AM, with email from William T. Carey to Scott A. Craig, Maricela Long, CC: to Stephen E. Leavins, re: FW: Retaliation allegations list | LASD_CR-13-819-PA_0203 0 to LASD_CR-13-819-PA_0203 9 | 5/27/14 | 5/27/14 |
| 90 | Email dated 09/12/11, at 3:42:10 PM, from Gerard K. Cooper to Stephen E. Leavins | LASD_CR-13-819-PA001076 | | |
| 91 | Email dated 09/13/11, at 3:48 PM, from Stephen E. Leavins to William T. Carey | LADS_258069 | 5/27/14 | 5/27/14 |
| 92 | Email dated 09/24/11, at 10:33:39 PM, from Mickey S. Manzo, to Scott A. Craig, Maricela Long, CC: to Stephen E. Leavins, Gerard R. Smith, re: FW: FBI probing reports of beatings in L.A. County jails | LASD_CR-13-819-PA_00199 6 | 5/27/14 | 5/27/14 |
| 93 | Special Operations Group Surveillance Log of Target Leah Marx, 09/13/11 | LASD_105345 | 6/6/14 | 6/6/14 |
| 94 | Special Operations Group Surveillance Log of Target Leah Marx, 09/14/11 | LASD_105345 | 6/6/14 | 6/6/14 |
| 95 | Special Operations Group Surveillance Log of Target Leah Marx, 09/26/11 | LASD_105345 | 6/6/14 | 6/6/14 |
| 96 | Special Operations Group Surveillance Log of Target Leah Marx, 09/28/11 | LASD_105345 | 6/6/14 | 6/6/14 |
| 97 | S.O.G. Weekly Report 08/29/11 | LASD_298776 | 6/6/14 | 6/6/14 |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 98 | S.O.G. Weekly Report 09/05/11 | LASD_298476 | 6/6/14 | 6/6/14 |
| 99 | S.O.G. Weekly Report 09/12/11 | LASD_298477 | 6/6/14 | 6/6/14 |
| 100 | S.O.G. Weekly Report 09/19/11 | LASD_298474 | 6/6/14 | 6/6/14 |
| 101 | S.O.G. Weekly Report 09/25/11 | LASD_298475 | 6/6/14 | 6/6/14 |
| 102 | LASD Surveillance Request by Sgt. Craig for Surveillance of David C. Lam | LASD_285701 to LASD_285702 | 6/6/14 | 6/6/14 |
| 103 | Special Operations Group Surveillance Log of Target David Lam, 09/28/11 and 09/29/11 | LASD_285711 to LASD_285712 | 6/6/14 | 6/6/14 |
| 104 | ICIB search for DMV record for Wayne Plympton | LASD_298752 to LASD_285753 | 5/29/14 | 5/29/14 |
| 105 | ICIB search for DMV record for David Dahle | LASD_298755 to LASD_285756 | 5/29/14 | 5/29/14 |
| 106 | ICIB Task Force Weekly Report: 09/11/11 to 09/17/11 | LASD_320246.0258 to LASD_320246.0261 | | |
| 107 | Email chain ending 09/25/11, at 10:33:56 AM, with email from Paul K. Tanaka, to Stephen E. Leavins, Subject: RE: Justice Department boosts activity to police the police | LASD_329089 to LASD_329091 | 5/27/14 | 5/27/14 |
| 108 | Video Recording of Approach of Leah Marx, 09/26/11 | LASD_298475 | 5/28/14 | 5/28/14 |
| 109 | Audio Recording of Approach of Leah Marx, 09/26/11 | | 5/28/14 | 5/28/14 |
| 110 | Transcript of Recording of Approach of Leah Marx, 09/26/11 | A112782 to A112783 | 5/28/14 | |

11

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 111 | Synched audio, video and transcript of Approach of Leah Marx, 09/26/11 | FBI contact movie | 6/4/14 | 6/4/14 |
| 112 | Recording of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | | 5/28/14 | 6/5/14 |
| 113 | Transcript of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | A112784-85 | 5/28/14 | |
| 114 | Grand Jury Testimony of Maricela Long | | 6/4/14 | |
| 115 | Grand Jury Testimony of Scott Craig | | 6/4/14 | |
| 116 | Excerpts from ICIB Report re: Gilbert Emanuel Michel | LASD_104481 to LASD_104572 | 5/29/14 | 6/5/14 |
| 117 | Email chain ending 12/22/11, at 1:08:18 PM, from Gregory L. Thompson to Stephen E. Leavins | LASD_328833 | 6/17/14 | 6/17/14 |
| 118 | Email chain ending 10/09/11, at 10:32:44 AM, from Merrill E. Ladenheim to Stephen E. Leavins, re: RE: (eNews) Ex-deputy says he, others used improper force on inmates, Baca says . . . in a letter that the information led him to create a task force to examine a growing number of allegations of deputy misconduct in the jails. | LASD_328951 to LASD_328953 | 6/17/14 | 6/17/14 |
| 119 | Email chain ending 07/21/12, 11:20:15 AM, from William T. Carey to Stephen E. Leavins | LASD_333809 | 6/17/14 | 6/17/14 |
| 120 | Summary of Grand Jury Subpoenas received by LASD from June to October 2011 | | 5/30/14 | |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 121 | Email dated 09/26/11, at 6:39:50 PM, from Scott A. Craig, to Stephen E. Leavins, re: Emailing: Marx 09-26-11 | LASD_CR-13-819-PA_00081 2 | 5/27/14 | 5/27/14 |
| 122 | Email dated 08/26/11 from Yolanda Baines to Lawrence Middleton | | | |
| 123 | AT&T Records of 909-815-8064 (Gerard Smith) | | 6/5/14 | 6/5/14 |
| 124 | AT&T Records of 323-683-7618 (Mariacla Long) | | 6/5/14 | 6/5/14 |
| 125 | Verizon Records of 714-803-1197 (Scott Craig) | | 6/5/14 | 6/5/14 |
| 126 | Verizon Records of 323-574-1782 (Scott Craig), 323-693-6570 (Greg Thompson), 323-819-0185 (Mariacla Long) | | 6/5/14 | 6/5/14 |
| 127 | Verizon Records of 323-243-4099 (Stephen Leavins) | | 6/5/14 | 6/5/14 |
| 128 | Verizon Records of 562-318-4637 (Mickey Manzo) | | 6/5/14 | 6/5/14 |
| 129 | Summary Chart of Phone Records 8/26/11 to 10/3/11 | | | |
| 130 | Grand Jury Testimony of James Sexton | | | |
| 131 | LASD Time Cards for Defendant James Sexton for 08/07/11 to 10/22/11 | LASD_202470 to LASD_202471 | | |
| 132 | Email chain ending 09/12/11, at 12:55 PM, from Eliel K. Teixeira to James M. Sexton, Subject: RE: Operation Pandora's Box | A51690.0000621 to A51690.0000622 | | |

13

| No. | Description | Bates Nos. | Identified | Admitted |
|-----|-------------|------------|------------|----------|
| 133 | Inmate Information Center Records for "John Rodriguez," Booking Number 2855633 | LASD_080514 | 5/29/14 | 5/29/14 |
| 134 | List of Emails found in LASD System | | 5/27/14 | 5/27/14 |
| 135 | Stipulation re: documents | | 5/29/14 | |
| 136 | Stipulation re: recordings | | 5/28/14 | |
| 137 | Gilbert Michel Plea Agreement | | 6/3/14 | 6/19/14 |
| 138 | | | | |
| 139 | | | | |
| 140 | | | | |
| 141 | | | | |
| 142 | | | | |
| 143 | | | | |
| 144 | | | | |
| 145 | Leavins County Cell Chart | | | |
| 146 | Craig personal cell to Ruben Martinez Cell chart | | | |
| 147 | Long County issued cell chart | | | |
| 148 | Thompson County issued Cell Chart | | | |
| 149 | Carey County Cell to Tanaka County Cell/Desk Line | | | |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 150 | Smith Personal Cell | | | |
| 151 | Manzo Personal Cell | | | |
| 152 | | | | |
| 153 | | | | |
| 154 | | | | |
| 155 | | | | |
| 156 | | | | |
| 157 | | | | |
| 158 | | | | |
| 159 | | | | |
| 160 | | | | |
| 161 | | | | |
| 162 | | | | |
| 163 | | | | |
| 164 | | | | |
| 165 | Grand Jury Testimony of Gus Academia | | 5/30/14 | |
| 166 | | | | |
| 167 | | | | |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 168 | | | | |
| 169 | | | | |
| 170 | | | | |
| 171 | | | | |
| 172 | | | | |
| 173 | Thompson Email Chain 8/20/11 | | 6/4/14 | |
| 174 | Miranda Email Chain 8/23/11 | | 6/4/14 | |
| 175 | Gilbert Email 8/23/11 | | 6/4/14 | 6/19/14 |
| 176 | Fedele Email Chain 8/23/11 | | 6/4/14 | |
| 177 | Manzo Email 8/24/11 | | 6/4/14 | |
| 178 | Thompson Email Chain 8/26/11 | | 6/4/14 | 6/4/14 |
| 179 | Thompson Email Chain 8/26/11 | | 6/4/14 | 6/4/14 |
| 180 | Smith Email 8/27/11 | | 6/4/14 | 6/4/14 |
| 181 | Thompson Email Chain 9/2/11 | | 6/4/14 | 6/4/14 |
| 182 | Smith Email 9/3/11 | | 6/4/14 | 6/4/14 |
| 183 | Smith Email 9/7/11 | | 6/4/14 | 6/4/14 |
| 184 | Sexton Email 9/12/11 | | 6/4/14 | 6/4/14 |
| 185 | Manzo Email 9/24/11 | | 6/4/14 | |

16

| No. | Description | Bates Nos. | Identified | Admitted |
|-----|-------------|------------|-----------|----------|
| 186 | Thompson Email Chain 9/28/11 | | | |
| 187 | Thompson Email Chain 12/1/11 | | 6/4/14 | |
| 188 | Thompson Email Chain 12/19/11 | | 6/4/14 | |
| 189 | Thompson Email Chain 12/27/11 | | 6/4/14 | |
| 190 | Thompson Email Chain 12/27/11 | | 6/4/14 | |
| 191 | Thompson Email Chain 2/9/12 | | 6/4/14 | |
| 192 | Shaughnessy Email 9/27/11 | | 6/4/14 | |
| 193 | Shaughnessy Email 9/29/11 | | 6/4/14 | |
| 194 | Shaughnessy Email 9/15/11 | | 6/4/14 | |
| 195 | Soto Email Chain 9/16/11 | | 6/4/14 | |
| 196 | Shaughnessy Email 9/23/11 | | 6/4/14 | |
| 197 | Cassidy Email Chain 9/8/11 | | 6/4/14 | |
| 198 | Smith Email 10/13/11 | | 6/4/14 | |
| 199 | | | ` | |
| 200 | Tanaka FBI Interview Transcript | | 6/10/14 | |
| 201 | Tanaka Grand Jury Testimony Transcript 12/19/12 | | 6/10/14 | |
| 202 | Craig Email Chain 12/5/11 | | 6/10/14 | |

| No. | Description | Bates Nos. | Identified | Admitted |
|---|---|---|---|---|
| 203 | Manzo Email Chain 12/14/11 | | 6/10/14 | |
| 204 | Manzo Email Chain 12/14/11 | | 6/10/14 | |
| 205 | Leavins Email Chain 2/29/12 | | 6/10/14 | 6/20/14 |
| 206 | Transcript of Carey's Prior Trial Testimony | | 6/11/14 | |
| 207 | Leavins Email Chain 12/2/11 | | 6/19/14 | |
| 208 | Leavins Email Chain 9/8/11 | | 6/19/14 | 6/19/14 |
| 209 | Gilbert Email Chain 8/24/11 | | 6/19/14 | 6/19/14 |
| 210 | Thompson Email to Leavins 8/30/11 | | 6/17/14 | 6/17/14 |
| 211 | Thompson Email Chain 1/26/12 | | 6/19/14 | |
| 212 | Thompson Email Chain 9/7/11 | | 6/19/14 | 6/19/14 |
| 213 | Craig Email Chain 9/9/11 | | 6/19/14 | 6/19/14 |
| 214 | Carey Email Chain 12/1/11 | | 6/19/14 | 6/20/14 |
| 215 | LASD Report On Use of Force 9/9/11 | | | |
| 216 | Grand Jury Testimony of Sterling Haley | | 6/12/14 | |
| 217 | Grand Jury Testimony of Stephen Leavins | | 6/13/14 | |
| 218 | Sotelo Email to Leavins 9/9/11 | | | |
| 219 | | | | |
| 220 | Powell Email to Leavins 9/9/11 | | | |

| No. | Description | Bates Nos. | Identified | Admitted |
|-----|-------------|-----------|-----------|----------|
| 221 | LASD Policies re: witnesses | | 6/17/14 | 6/17/14 |
| 222 | California Penal Code Section 4573 | | 6/17/14 | 6/17/14 |
| 223 | Trial Transcript of Testimony of Stephen Leavins on 6/13/14 | | 6/17/14 | 6/17/14 (Demonstrative) |
| 224 | Declaration Index | | | |
| 225 | Stipulation Re: Emails | | 6/19/14 | |
| 226 | Rutherford v. Baca – Plaintiff's Notice of Filing of Report Concerning Violence in LA County Jails | | | |
| 227 | | | | |
| 228 | Transcript of Craig interview of Bravo – 8/30/11 | | | |
| 229 | Scott Craig Grand Jury Testimony | | 6/17/14 | |
| 230 | | | | |

19

## DEFENDANT GREGORY THOMPSON'S EXHIBIT LIST

| Exh. No. | Description | Identified | Admitted |
|---|---|---|---|
| 3003 | Application for writ | 6/10/14 | 6/10/14 |
| 3004 A | Middleton - Baines email chain  8/26/11 | 5/30/14 | 6/11/14 |
| 3004 B | Middleton - Baines email chain  8/26/11 | 5/30/14 | 6/11/14 |
| 3005 | Marx - Baines email – Sealed writ 9/27/12 | 5/30/14 | 6/20/14 |
| 3014 A | Baines – Jennings email 8/24/11 | 6/19/14 | 6/19/14 |
| 3014 B | Baines – Jennings email 8/25/11 | 6/19/14 | 6/19/14 |
| 3015 | Brightman writ 8/25/11 | 5/30/14 | 6/19/14 |
| 3041 | Ex parte application to seal documents | 6/11/14 | 6/11/14 |
| 3042 | Order sealing document | 6/11/14 | 6/11/14 |
| 3047 | Timecard Records of Thompson | 6/19/14 | 6/19/14 |
| 3048 | Timecard Records of Thompson | 6/19/14 | 6/19/14 |

# LEAVINS

## Trial Exhibit List

| Exhibit Name | Exhibit Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exhibit 1500 | Organizational Structure of LASD 2011 | 6/12/14 | 6/12/14 |
| Exhibit 1501 | ICIB Seal | 6/12/14 | |
| Exhibit 1502 | September 26, 2011 Letter from Baca to U.S. Atty. Birotte | | |
| Exhibit 1503 | August 29, 2011 Emails to Attorney Yoshinaga from Thompson and Manzo | | |
| Exhibit 1504 | August 22, 2011 FBI Attachments to Report by FBI Agent David Lam | | |
| Exhibit 1505 | August 29, 2011 Email and attachment from Leavins to Attorney Yoshinaga | 6/13/14 | 6/13/14 |
| Exhibit 1506 | August 31, 2011 Email and attachment from Leavins to Attorney Yoshinaga | 6/13/14 | 6/17/14 |
| Exhibit 1507 | September 2, 2011 Email from Leavins to Attorney Yoshinaga | | |
| Exhibit 1508 | September 2011 Email and Letter from Baca to FBI Director | | |
| Exhibit 1509 | October 3, 2011 Email to Leavins from Sgt. Craig | 6/13/14 | 6/17/14 |
| Exhibit 1510 | August 29, 2011 Lawrence Middleton Notes of Meeting at the | | |

| | | | |
|---|---|---|---|
| | U.S. Attorney's Office, Birotte and Baca | | |
| Exhibit 1511 | Sheriff Baca - Calendar September - October 2011 | | |
| Exhibit 1512 | FBI Law Enforcement Bulletin - Cell Phones in Prison | | |
| Exhibit 1513 | Gilbert Michel ICIB Complaint Report w/ attachments | | |
| Exhibit 1514 | August 24, 2011 Transcript of G. Michel & A. Caruso FBI Interviews | | |
| Exhibit 1515 | | | |
| Exhibit 1516 | Email chain ending September 27, 2011 between U.S. Attorney Birotte and FBI ADIC Martinez | | |
| Exhibit 1517 | Email chain ending August 25, 2011 between FBI ADIC Martinez and FBI ASAC Delaney | | |
| Exhibit 1518 | August 25, 2011 Email from FBI ADIC Steven Martinez to Sheriff Baca | | |
| Exhibit 1519 | FBI Timeline re: investigation of LASD involving Anthony Brown | | |
| Exhibit 1520 | Email chain ending September 28, 2011, FBI Executives, Staff, and Press Relations | | |
| Exhibit 1521 | August 25, 2011 Email From FBI Martinez to Staff | | |
| Exhibit 1522 | July 8, 2013 FBI Steven Martinez 302 Report of Interview | | |

| Exhibit 1523 | August 19, 2011<br>Email FBI staff to Martinez | | |
| Exhibit 1524 | August 18, 2011<br>Email chain Steven Martinez & FBI staff | | |
| Exhibit 1525 | August 24, 2011 Email chain between AUSA Middleton and US Marshall Farrar | | |
| Exhibit 1526 | August 30, 2011<br>Email from FBI Supervising SAC. Narro to FBI Moon | | |
| Exhibit 1527 | Email chain ending on September 1, 2011 between Atty. Yoshinaga | | |
| Exhibit 1528 | September 9, 2011<br>Email from Capt. Carey re: Discovery Request Procedure | | |
| Exhibit 1529 | May 3, 2014<br>FBI ASAC Peter Angelini 302 Report of FBI Interview | | |
| Exhibit 1530 | September 7, 2011 Email exchange between ASAC Peter Angelini and staff re the LASD Investigation | | |
| Exhibit 1531 | ASAC Peter Angelini Information re 2002 Case involving LASD | | |
| Exhibit 1532 | August 8, 2011, at 8:30 AM LASD Incident Report re: Brown being found with a cellular phone in jail | | |
| Exhibit 1533 | Photos of the cellular phone Brown was in possession of at MCJ | | |
| Exhibit 1534 | August 8, 2011<br>LASD Phone Exam Report with call and text message log | | |
| Exhibit | September 28, 2011 Gilbert | | |

| 1535 | Michel FBI Interview – | | |
|---|---|---|---|
| Exhibit 1536 | Email chain ending October 13, 2011 – Lt. Leavins to Judy Gerhardt | | |
| Exhibit 1537 | October 7, 2011 Email from Maricela Long to Leavins | | |
| Exhibit 1538 | October 3, 2011 Email Scott Craig to Lt. Leavins | | |
| Exhibit 1539 | September 28, 2011 LASD Email | | |
| Exhibit 1540 | FBI Bulletin — Cell Phones as Prison Contraband | | |
| Exhibit 1541 | Cell phones - the new contraband – published May 4, 2009 by "corrections.com" | | |
| Exhibit 1542 | September 02, 2011 Memorandum Dennis Burns, Chief Custody Ops to Capt. Carey | | |
| Exhibit 1543 | August 29, 2011 Email Lt. Leavins to U/S Tanaka | | |
| Exhibit 1544 | January 22, 2013 Email Judy Gerhardt re Leavins Grand Jury Subpoena for January 30, 2013 | | |
| Exhibit 1545 | January 18, 2013 Grand Jury Subpoena for Leavins Appearance date January 30, 2013 | | |
| Exhibit 1546 | ICIB Report Approved 12-20 2011 | | |
| Exhibit 1547 | August 29, 2011 Draft Letter from Tom Carey to Sheriff Baca | | |
| Exhibit 1548 | | | |

| | | | |
|---|---|---|---|
| Exhibit 1549 | | | |
| Exhibit 1550 | | | |
| Exhibit 1551 | | | |
| Exhibit 1552 | | | |
| Exhibit 1553 | | | |
| Exhibit 1554 | | | |
| Exhibit 1555 | Email from Carlos Narro | 6/5/14 | |
| Exhibit 1556 | Leavins Memo | 6/11/14 | |
| Exhibit 1557 | | | |
| Exhibit 1558 | | | |
| Exhibit 1559 | | | |
| Exhibit 1560 | FBI 302 Report dated 8/25/11 | 5/29/14 | |
| Exhibit 1561 | FBI-1023 FBI CHS Reporting Document | 5/29/14 | |
| Exhibit 1562 | | | |
| Exhibit 1563 | | | |
| Exhibit 1564 | | | |
| Exhibit 1565 | | | |
| Exhibit 1566 | | | |
| Exhibit 1567 | | | |
| Exhibit | | | |

| | | | |
|---|---|---|---|
| 1568 | | | |
| Exhibit 1569 | CD of Audio Recordings of Brown Interview on 8/21/11, 8/23/11 and 8/24/11 | 6/19/14 | 6/19/14 |
| Exhibit 1570 | Transcript of 8/21/11 Audio Recording of Brown Interview | 6/19/14 | |
| Exhibit 1571 | Transcript of 8/23/11 Audio Recording of Brown Interview | 6/19/14 | |
| Exhibit 1572 | Transcript of 8/24/11 Audio Recording of Brown Interview | 6/19/14 | |

WILLIAM J. GENEGO, SBN 103224
E-Mail: bill@genegolaw.com
LAW OFFICE OF WILLIAM GENEGO
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

Counsel for GERARD SMITH

MATTHEW J. LOMBARD, SBN 239910
E-Mail: mlombard@lombardlaw.net
LAW OFFICES OF MATTHEW LOMBARD
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

Counsel for MICKEY MANZO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO CR 13-819-PA |
|---|---|
| Plaintiff, | |
| vs. | EXHIBIT LIST OF GERARD SMITH AND MICKEY MANZO |
| GREGORY THOMPSON, et al., | |
| Defendants. | Trial:      May 27, 2014<br>Time:      8:30 A.M.<br>Courtroom:  15 |

    Gerard Smith and Mickey Manzo, by counsel, submit the following list of trial exhibits.

Dated: May 27, 2014                    Respectfully submitted,

LAW OFFICES OF MATTHEW          LAW OFFICE OF WILLIAM GENEGO

LOMBARD

By: /s/ Matthew J. Lombard           By: /s/ William J. Genego

Counsel for MICKEY MANZO          Counsel for GERARD SMITH

5-26-2014

## EXHIBIT LIST

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1001 | Incident Report | 5/28/14 | 6/12/14 |
| 1002 | Print Requested | | |
| 1003 | Phone Exam Report | 5/28/14 | |
| 1004 | Application and Order for Removal of Phone Privileges | 5/28/14 | |
| 1005 | 8-9-11 Det. Bayes Request For Sprint Records | 5/28/14 | |
| 1006 | Sprint Records | 5/28/14 | |
| 1007 | Dep. Buckley and Dep. Jarvis memo | 5/28/14 | 6/12/14 |
| 1008 | Dep. Colon Memo of 8-16-11 re interview of Brown | 5/28/14 | |
| 1009 | Brown pay & owe sheet to Colon | 5/28/14 | |
| 1010 | 8-16-11 Dep. Colon email to Dep. Smith with memo of Brown interview | | |
| 1011 | Colon Memo | | |
| 1012 | 8-16-11 Lt. Thompson email to Sgt. Reddington, Dep. Smith, Det. Bayes, and Dep. Colon | 5/28/14 | 6/12/14 |
| 1013 | 8-16-11 Sgt. Conley email to Captain Ornelas | 5/28/14 | 6/12/14 |
| | Nos. 1014-1016 Intentionally Left Blank (ILB) | | |
| 1017 | 8-17-11 Det. Bayes Memo to Lt. Thompson | 5/28/14 | |
| 1018 | 8-17-11 Det. Bayes 2nd Request for Sprint Records | | |

5-26-2014                                     2

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1019 | 8-17-11 Soffa email to Dep. Smith with visiting records | 6/12/14 | 6/12/14 |
| 1020 | Screen shot of Soffa email to Dep. Smith with visiting records | | |
| | Nos. 1021 – 1024 ILB | | |
| 1025 | Fax re: Chung work schedule | | |
| 1026 | Employee information | | |
| 1027 | 8-17-11 Dep. Smith email to Lt. Thompson re: Chung work schedule | 6/12/14 | 6/12/14 |
| | Nos. 1028 to 1033 - ILB | | |
| 1034 | 8-18-11 Dep. Smith 8:19 a.m. email to Ma re: phone number and visitors | 6/12/14 | 6/12/14 |
| 1034(a) | 8-18-11 Ma email response to Dep. Smith email re: Stewart and visitors | | |
| 1035 | 8-18-11 Dep. Smith email to Det. Bayes re: Brown discipline history | 5/28/14 | 6/12/14 |
| 1036 | 8-18-11 Dep. Smith email to Det. Bayes, cc Thompson with Brown account history | 5/28/14 | 6/12/14 |
| 1037 | 8-18-11 Dep. Smith email to Lt. Thompson re: Brown discipline history | 6/12/14 | 6/12/14 |
| 1038 | 8-18-11 Dep. Smith email to Det. Bayes, cc Lt. Thompson re: Brown visits | 5/28/14 | 6/12/14 |
| 1039 | 8-18-11 Lt. Thompson email to Det. Bayes and others re: meeting with Undersheriff | | |
| 1040 | 8-18-11 Dep. Kirk email to Dep. Smith | | |
| 1041 | 8-18-11 Dep. Smith Memo to Sgt. Gutierrez | | |
| | Nos. 1040 – 1052 ILB | | |

5-26-2014                                        3

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1053 | 8-19-11 Excerpts of Transcript of AB interview by Dep. Smith and Dep. Manzo | | |
| 1054 | 8-19-11 Petrosian email to Dep. Smith re: L2G deposits by Norman Miller | | |
| 1055 | 8-22-11 Ma additional response to 8-18-11 Dep. Smith email: workup on Stewart | | |
| 1056 | 8-24-11 Dep. Smith Confidential work detail email | | |
| 1057 | 9-9-11 Dep. Smith email chain with Dep. Haley | | |
| 1058 | 9-13-11 Dep. Smith security detail email | | |
| 1059 | 9-14-11 Dep. Smith email to CDCR Lancaster with Brown judgment | | |
| 1060 | 2900 Shanking Video | | |
| 1061 | LASD Policy – Chain of Command | | |
| | Nos. 1056 – 1099 ILB | | |
| 1100 | Det. Bayes 8-26-11 Supplemental Report approved by Sgt. Reddington | 5/28/14 | |
| 1101 | Det. Bayes 8-26-11 Supplemental Report approved by Reddington | | |
| 1102 | Det. Bayes 8-26-11 Incident Report and Supplemental Report (A188345-52) | 5/28/14 | |
| 1103 | Det. Bayes 8-2611 Supplemental Report (A18353-57) | | |
| 1104 | Det. Bayes – Lt. Thompson email chain re case closure | | |
| 1105 | Det. Bayes case closure supplemental report | 5/28/14 | |
| 1106 | Det. Bayes case closure supplemental report re 339 & 399 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1107 | Det. Bayes 3-20-12 email to Thompson re commendation | | |
| | Nos. 1108 – 1109 ILB | | |
| 1200 | 8-18-11 email ADIC Martinez, Angelini, Cockrell | | |
| 1201 | 8-18-11 ADIC Martinez 5:06 p.m. email to Sheriff Baca | | |
| 1202 | 8-19-11 email at 7:04 pm to ADIC Martinez re: Sheriff Baca | | |
| 1203 | 8-25-11 ADIC Martinez email to SSA Moon – in communication with Sheriff | | |
| 1204 | 8-25-11 ADIC Martinez email to Sheriff Baca want to update | | |
| 1205 | ADIC Martinez copied on email re: waiting to hear | | |
| 1206 | ADIC Martinez asked to call re: LASD | | |
| 1207 | SA Lam memo re ADIC Martinez notification to Sheriff Baca & Group 1 Appl discontinued | | |
| | Nos. 1208 - 1209 ILB | | |
| 1210 | SSA Delaney to ADIC Martinez re: cell phone talking points | | |
| 1211 | ADIC Martinez to US Atty Birotte re: cell phone | | |
| 1212 | ADIC Martinez email re briefing on LASD matter | | |
| 1213 | ADIC Martinez continues to meet with LASD Commanders | | |
| 1214 | Lt. Peacock to Captain Carey and Lt. Leavins email re: UC operation and Det. Lyons | | |

5-26-2014

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1215 | 8-24-11 Captain Carey email re: UC op | | |
| | Nos. 1216 – 1226 ILB | | |
| 1227 | Brown arrest report LASD 192652 | | |
| 1228 | FBI Opening memo | | |
| 1229 | 9-14-11  - 1040a Source Opening Communication | | |
| 1230 | 12-16-10 to 6-18-11 Finley interviews with UCE | | |
| 1231 | 7-29-11 to 7-30-11 meetings with UCE | | |
| 1232 | CR-1 submitted application for Group 1 Op | | |
| 1233 | 302 re: Interview at MCJ with UCE | | |
| 1234 | ILB | | |
| 1235 | 8-12-11 Memo to advise PCU of full field investigation into bribe payments | | |
| 1236 | 8-14-11 FBI memo to advise investigation | | |
| 1237 | 8-15-11 email to Cat Moore CHS could not acknowledge OIA admonishments | | |
| 1238 | 8-15-11 Maltinsky email to Fitzpatrick with opening EC and LHM | | |
| 1239 | FBI advise to PCU and CR of investigation | | |
| 1240 | 8-16-11 Kaupp email to SSA Narro | | |
| 1241 | 8-18-11 SA Marx email to SSA Narro | | |
| 1242 | 8-18-11 ADIC Martinez email to SA Angellini re CHS | | |
| 1243 | 8-22-11 AUSA email re: no meeting | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1244 | 8-23-11 Finley interview by FBI | | |
| 1245 | 8-23-11 AUSA Middleton USMS Farrar emails | | |
| 1246 | 8-24-11 AUSA Middleton to USMS Farrar emails | | |
| 1247 | SSA Narro email, 8-24-11 | | |
| 1248 | SSA Narro writ withdrawn Sheriff wants standstill until meeting | | |
| 1249 | SA Marx email with timeline | | |
| 1250 | 9-27-11 SSA Narro chronology summary | | |
| 1251 | 9-27-11 SA Marx email with timeline | | |
| 1252 | 7-13-11 FBI OIA | | |
| 1253 | FBI requests NYFO docs re: Brown records from NY | | |
| 1255 | FBI CHS Reporting Document 9/22/11 | 6/5/14 | |
| 1256 | FBI CHS Reporting Document 11/4/11 | | |
| | Nos. 1257 – 1349 ILB | | |
| 1350 | Rathbun IAB Interview | | |
| 1351 | Rathbun/Sexton Federal civil lawsuit Complaint | | |
| 1352 | Rathbun/Sexton LA Superior Court civil lawsuit Complaint | | |
| 1353 | Audio – Rathbun call 8-17-2012_055820PM | | |
| 1353(a) | Transcript – Rathbun call 8-17-2012_055820PM | | |
| 1354 | Audio 8-20-2012_081455PM | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1354(a) | Transcript Rathbun call 8-20-2012_081455PM | | |
| 1355 | Audio Rathbun call 8-20-2012_121940PM | | |
| 1355(a) | Transcript – Rathbun call 8-20-2012_121940 [2] | | |
| 1356 | Audio - Rathbun call - 10-09-2012_023313PM | | |
| 1356(a) | Transcript - Rathbun call - 10-09-2012_023313PM | | |
| 1357 | Audio – Rathbun call - 10-09-2012_084710PM | | |
| 1357(a) | Transcript Rathbun call - 10-09-2012_084710PM | | |
| 1358 | Rathbun San Dimas Shifts Summary | | |
| 1359 | Weekly Time Cards Summarized by Exhibit 1358 | | |
| | Nos. 1360 – 1399 ILB | | |
| 1400 | Audio recording of Brown call on 7/18/11 to 310-996-4174 | 6/12/14 | 6/12/14 |
| 1400(a) | Transcript of 7/18/11 call | 6/12/14 | |
| 1401 | Audio recording of Brown call on 7/19/11 to 310-996-4174 | 6/12/14 | 6/12/14 |
| 1401(a) | Transcript of 7/19/11 call | 6/12/14 | |
| 1402 | Audio recording of Brown call on 7/21/11 to 310-996-4174 | | |
| 1402(a) | Transcript of 7/21/11 call | | |
| | Nos. 1403 – 1409 ILB | | |
| 1410 | Excerpts of Medical Records | | |

5-26-2014                                    8

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|-----|-------------|-----------------|---------------|
|     |             |                 |               |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5-26-2014

9

MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328,
ROBERT RABE, SBN 72312, members of
STONE BUSAILAH, LLP
*A Partnership of Professional Law Corporations*
200 East Del Mar Boulevard, Suite 2350
Pasadena, California 91105
Telephone:  (626) 683-5600
Facsimile:   (626) 683-5656

Attorneys for Defendant, SCOTT CRAIG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY THOMPSON, et al.,<br><br>Defendants. | CASE NO. CR-13-819-PA<br><br>SECOND AMENDED EXHIBIT LIST OF SCOTT CRAIG<br><br>Trial:          May 27, 2014<br>Time:         8:30 A.M.<br>Courtroom:  15 |

Scott Craig, by counsel, submits the following list of trial exhibits.

Dated:  May 28, 2014

STONE BUSAILAH, LLP

By: ____*/s/ Michael P. Stone*____
MICHAEL P. STONE
Attorneys for SCOTT CRAIG

1

## **EXHIBIT LIST**

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 2001 | LASD Investigation Report No. 911-00024-2003-441 | 6/18/14 | |
| 2002 | Proposed Order For Records, LASC | | |
| 2003 | Memorandum re Judge Torribio, April 9, 2014 | | |
| 2004 | Transcript (Craig, Long and Marx) Audio Recording, September 26, 2011 | | |
| 2005 | FBI 302, Interview of Captain Tom Carey | | |
| 2006 | LASD Memorandum, Carey to Baca, August 9, 2011 | | |
| 2007 | Memorandum re Sergeant Michael Bailey | | |
| 2008 | Email, Craig to Leavins, October 3, 2011 | | |
| 2009 | Transcript Voice Message, September 9, 2011, Craig to Marx (see Exhibit 2012) | | |
| 2010 | September 26, 2011 Letter from Baca to Birotte | | |
| 2011 | Transcript of September 26, 2011 Craig/Long Contact with Leah Marx | | |
| 2012 | Audio Recording (CD) of September 9, 2011 Voice Message, Craig to Marx (see Exhibit 2009) | | |
| 2013 | Transcript of August 23, 2011 Interview of Brown (Carey, Leavins, and Smith) | | |
| 2014 | Transcript of August 24, 2011 LASD Interview of Brown (Craig, Leavins, Long, Manzo, and Smith) | | |
| 2015 | Transcript of August 26, 2011 ICIB Interview of Brown (Craig, Long, and Weber) | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 2016 | Transcript of August 30, 2011 ICIB Interview of Michel (Craig, Leavins, and Long) (Part 1 of 2) | | |
| 2017 | Transcript of August 30, 2011 ICIB Interview of Michel (Craig, Long, Lopez, and Weber) (Part 2 of 2) | | |
| 2018 | Transcript of September 13, 2011 ICIB Interview of Michel (Craig and Long) | | |
| 2019 | E-mail from Craig to Leavins, October 3, 2011 at 3:24:21 p.m. | | |
| 2020 | Memorandum re Sergio Gonzalez, April 8, 2014 | | |
| 2021 | Transcript of Michel ICIB Interview | 6/4/14 | |
| 2022 | Transcript of Michel ICIB Interview | 6/4/14 | |
| 2023 | | | |
| 2024 | Copy of document provided by Anthony Brown to Scott Craig | 6/18/14 | 6/18/14 |

ANGEL NAVARRO (Bar No. 155702)
Attorney at Law
 E-mail: angel_navarro@me.com
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Telephone:  (213) 744-0216
Facsimile:  (213) 746-4435

Attorneys for Defendant
Maricela Long

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 13-00819-PA-7 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT MARICELA LONG'S LIST OF POSSIBLE TRIAL EXHIBITS** |
| Maricela Long, | |
| Defendant. | |

Defendant, Maricela Long, by and through her counsel of record, Angel Navarro, hereby submits her current list of possible trial exhibits.

Dated:  May 27, 2014                    Respectfully Submitted,


_____/s/_____
Angel Navarro

1

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 2501 | Sanyo Cell Phone | | |
| 2502 | Anthony Brown payment summary | | |
| 2503 | BOP Inmate history form for Anthony Brown | | |
| 2504 | FBI Law Enforcement Bulletin Cell Phones as Prison Contraband | | |
| 2505 | Phone Examination Report | | |
| 2506 | Phone Outgoing Calls List | | |
| 2507 | Emails: Leah Marx | | |
| 2508 | Audio Recording of Michel Interview | 6/19/14 | 6/19/14 |
| 2509 | Transcript of Michel Interview | 6/19/14 | |

2

1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    BRANDON D. FOX (Cal. Bar No. 290409)
4   Deputy Chief, Public Corruption and Civil Rights
    LIZABETH ANN RHODES (Cal. Bar No. 155299)
5   MARGARET L. CARTER (Cal. Bar No. 220637)
    Assistant United States Attorney
6   Public Corruption and Civil Rights Section
       1300 United States Courthouse
7        312 North Spring Street
       Los Angeles, California 90012
8        Telephone: (213) 894-0284/3541/7413
       Facsimile: (213) 894-6436
9        E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
10              Maggie.Carter@usdoj.gov

11   Attorneys for Plaintiff
    UNITED STATES OF AMERICA

12

                   UNITED STATES DISTRICT COURT
13

           FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

15   UNITED STATES OF AMERICA,         No. CR 13-819-PA

16          Plaintiff,           GOVERNMENT'S WITNESS LIST

17            v.           [18 U.S.C. § 371: Conspiracy;
                     18 U.S.C. § 1503(a): Obstruction
18   GREGORY THOMPSON,          of Justice]
    STEPHEN LEAVINS,
    GERARD SMITH,             Trial Date:   May 21, 2014
19   MICKEY MANZO,           Trial Time:   8:30 p.m.
    SCOTT CRAIG,             Location:     Courtroom of the
20   MARICELA LONG,                     Hon. Percy Anderson

21          Defendants.

22

23       Plaintiff United States of America, by and through its counsel

24   of record, the United States Attorney for the Central District of

25   California and Assistant United States Attorneys Brandon D. Fox,

26   Lizabeth A. Rhodes, and Margaret L. Carter, hereby files its Witness

27   List.

28

**Government's Witnesses List**

The government may call the following witnesses in its case in chief:

1. Peter Angelini, Federal Bureau of Investigation

2. Steve Martinez, formerly of the Federal Bureau of ~~6/6/14~~ Investigation  6/10/14

3. Robert Bayes, Los Angeles County Sheriff's Department  5/27/14, 5/28/14

4. Noah Kirk, Los Angeles County Sheriff's Department  6/12/14

5. David Royston, Los Angeles County Sheriff's Department  5/27/14

6. Cecil Rhambo, Los Angeles County Sheriff's Department

7. Michelle Miller, Los Angeles County Sheriff's Department  5/29/14

8. David Dahle, Federal Bureau of Investigation  5/28/14, 5/29/14

9. Judy Gerhardt, Los Angeles County Sheriff's Department  5/30/14

10. Michael Rathbun, Los Angeles County Sheriff's Department

11. Yolanda Baines, former contractor with the United States Marshal's Service.  5/29/14, 5/30/14

12. Gus Academia, Los Angeles County Sheriff's Department  5/30/14

13. Pat Libertone, Los Angeles County Sheriff's Department

14. Tara Adams, Los Angeles County Sheriff's Department  5/30/14

15. Dollerie Brown, Los Angeles County Sheriff's Department

16. Ryan Ortiz, Los Angeles County Sheriff's Department  6/3/14

17. James Sexton, Los Angeles County Sheriff's Department

18. Jason Pearson, Los Angeles County Sheriff's Department  5/30/14

19. Charles Kunz, Los Angeles County Sheriff's Department

20. Anthony Brown

21. Gilbert Michel, formerly of the Los Angeles County Sheriff's Department  6/3/14, 6/4/14

22. Min Her, Los Angeles County Sheriff's Department

2

23. William David Courson, Los Angeles County Sheriff's Department  6|4|14

24. John Torribio, Los Angeles County Superior Court

25. Ruben Martinez, formerly of the Los Angeles County 6/6/14 Sheriff's Department

26. Leah Marx, Federal Bureau of Investigation 6/4/14, 6/5/14, 6/6/14

27. Casey McDonald, Federal Bureau of Investigation

28. Tamara McKen, Federal Bureau of Investigation 6/6/14 - GJ. Test.

29. ~~Mark Aveis~~, MARK CHILDS United States Attorney's Office[1] 6/4/14

30. KATHY VOYER - 6/3/14

Dated: May 20, 2014                     Respectfully submitted,

                                        ANDRÉ BIROTTE JR.
                                        United States Attorney

                                        ROBERT E. DUGDALE
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        _____/s/ Brandon D. Fox_____
                                        Brandon D. Fox
                                        Lizabeth A. Rhodes
                                        Margaret L. Carter
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

---

[1] Although not finalized, Special Agent McDonald, Special Agent McKen, and AUSA Aveis are expected to be witnesses who read the sworn testimony of the defendants to the jury.

3

Ruby Branch

Dennis Burns

William (Tom) Carey  6|11|14 , 6|12|14

Carlos Castillo

Jason Colon

JUSTIN ~~Wayne~~ Crumlish

Joseph Eiland

Daniel Fedele

Stephanie Fredericks

Michael Genacco  6/19/14

William Gilbert

David Gutierrez

Sterling Haley  6/12/14

Francis Hardiman

Francis Kenney

Terri Kopp

Lamar LaFave

Calvin Lane

Rebecca Lee

Mark Lillenfeld  6|12|14

Gus Lopez

Dorothy Love

Robert Lyons

Edward Matzen

Lawrence Middleton, 6/10/14, 6/11/14

Carlos Narro  6/11/14

Chris Nee

Sheri Panzone

Eric Parra

Jason Pearson

Greg Sivard

Paul Tanaka  6-6-14 , 6/10/14

Elliel Texeira

Wayne Waterman

Paul Yoshinaga

Michael Bailey 6/10/14

John A. Tombro 6/11/14

Sergio Gonzalez 6/10/14

Tracy De Mello

Michael Sana

Lisa Troncoso

Andre Birotte

Todd Weber

Robert Lopez

William Cassidy

Kelly Matthews

Leroy Baca

JOHN PACE

RALPH ORNELLAS